THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VENABLE BOOKER, Appellant. [869 NYS2d 844]

No opinion. Rivera, J.P., Dillon, McCarthy and Belen, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY L. BUTLER, Appellant. [868 NYS2d 553]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Spolzino, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CAUFIELD, Appellant. [868 NYS2d 908]

The court did not improvidently exercise its discretion in denying, without an evidentiary hearing, the defendant's motion to withdraw his pleas of guilty. The defendant's conclusory allegations that he was coerced to enter the plea agreements were directly belied by the record of the plea proceedings (*see People v Owens*, 43 AD3d 1185 [2007]; *People v Morales*, 17 AD3d 487 [2005]; *People v Rangolan*, 295 AD2d 543 [2002]; *People v Fernandez*, 291 AD2d 456 [2002]).

The defendant's remaining contention is without merit. Spolzino, J.P., Covello, Angiolillo and Chambers, JJ., concur.